UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                       Criminal No. 09-cr-20-01-JL

<u>David Bridgham</u>

**O R D E R**

Because I was serving as the First Assistant U.S. Attorney while this case was being prepared for prosecution by the U.S. Attorneys Office, I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter to another judge.

**SO ORDERED.**

                                       _____
                                       Joseph N. Laplante
                                       United States District Judge

Dated: February 5, 2009

cc:   Alfred J.T. Rubega, AUSA
       William E. Christie, Esquire